**Jacob D. POWERS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 79942**

Missouri Court of Appeals,
Western District.

Filed: May 2, 2017

Susan L. Hogan, KCMO for appellant.

Shaun Mackelprang, Jefferson City for respondent.

Before Division Four: Mark D. Pfeiffer, Chief Judge, Presiding, Lisa White Hardwick and Gary D. Witt, Judges

### ORDER

Per Curiam

Jacob Powers appeals from the denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment denying post-conviction relief.

AFFIRMED. Rule 84.16(b)